```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| AMILCAR JOSUE GARCIA-ZAMORA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| J.L. JAMISON, et al. | : | NO. 25-6656 |

<u>ORDER</u>

AND NOW, this 16th day of December 2025, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1)  the Petition for Writ of Habeas Corpus by Amilcar Josue Garcia-Zamora is GRANTED;

(2)  Amilcar Josue Garcia-Zamora is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

(3)  The Government shall RELEASE Amilcar Josue Garcia-Zamora from custody immediately and shall certify compliance with this Order by filing said certification on the docket no later than 12:00 P.M. EST on December 17, 2025;

(4)  The Government is temporarily enjoined from re-detaining Amilcar Josue Garcia-Zamora for seven days following his release from custody;

(5)  If the Government chooses to pursue re-detention of Amilcar Josue Garcia-Zamora after that seven-day period, it must first provide him with a bond hearing under 8 U.S.C.

§ 1226(a), at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings; and

(6) Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Amilcar Josue Garcia-Zamora from the Eastern District of Pennsylvania before the ordered bond hearing.  If the immigration judge determines that Amilcar Josue Garcia-Zamora is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from the undersigned to move Amilcar Josue Garcia-Zamora if unforeseen or emergency circumstances arise that require him to be removed from the District.  Any such request must include an explanation for the request as well as a proposed destination.  The Court will then determine whether to grant the request and to permit his transfer.

(7) The motion of petitioner Amilcar Josue Garcia-Zamora for a temporary restraining order (Doc. #2) is DENIED as moot.

(8) The clerk of Court shall mark this case CLOSED.

BY THE COURT:

/s/   Harvey Bartle III
                                               J.