IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Amilcar Josue Garcia-Zamora,
      *Petitioner*,

    v.

J. L. Jamison, in his official capacity as
Warden, Federal Detention Center,
Philadelphia, *et al.*,

      *Respondents.*

Civil Action No.  25-6656

## Stipulation Extending the Time for the Government to Respond to the Motion

Petitioner Amilcar Josue Garcia-Zamora and Respondents, stipulate as follows:

1.  On March 11, 2026, Petitioner filed a motion for attorney fees under the Equal Access to Justice Act. *See* Dkt 14.

2.  The Respondents' current deadline to respond to the motion is therefore March 25, 2026.

3.  The parties have agreed that the Respondents' time to respond to the motion shall be enlarged by 21 days from March 25, 2026 to April 15, 2026.

4.  Pursuant to Local Civil Rule 5.1.2, counsel for the parties consent to the submission of this stipulation with their electronic signatures below.

So stipulated,

Dated: March 23, 2026

LAW OFFICE OF JOSE C. CAMPOS

DAVID METCALF
United States Attorney

*/s/ Jose Campos*
JOSE C. CAMPOS
251 E. Broad St.
Bethlehem, PA 18018
Jc@jccamposlaw.com
610-868-2230

*/s/ Anthony St. Joseph*
ANTHONY ST. JOSEPH
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
anthony.stjoseph@usdoj.gov
215-861-8200

*Attorney for Plaintiff*

*Counsel for Defendants*

**SO ORDERED:**

/s/ Harvey Bartle III

J.

Date: March 23, 2026